# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUDY M. THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:08CV370** |
| | ) | |
| **GREAT WESTERN BANK,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion (Doc. 20) for leave to file an amended complaint. No response in opposition was filed. Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion is granted. Plaintiff shall file and serve the Amended Complaint no later than February 13, 2009. Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED February 5, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**