## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUDY M. THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **8:08CV370** |
| | ) | |
| **GREAT WESTERN BANK,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The court has reviewed the parties' "Third Joint Motion to Extend Progression Order Deadlines" (Doc. 37).  Upon the representation that the parties are trying to settle the case, the court will grant the requested six-week extension.  The parties are cautioned that it may be necessary to reschedule the trial and final pretrial conference if motions for summary judgment are filed as late as December 15, 2009.

**IT IS ORDERED** that the motion (Doc. 37) is granted, and the Amended Final Progression Order (Doc. 30) is further amended as follows:

1.   The discovery, deposition and summary judgment deadlines are extended to December 15, 2009.

2.   The parties are given until and including November 15, 2009 to submit their final witness and exhibit lists.

**DATED October 29, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**